IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| KENNETH R. FLAUM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> CNU HIDEN SHOPPING CENTER, LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 4:13-CV-0172-RGD-LRL |

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Kenneth R. Flaum and Defendant CNU Hiden Shopping Center, LLC, (collectively the "Parties") have settled all claims in this matter.

It appearing to the Court that the parties have settled their differences, it is ORDERED that this matter is DISMISSED WITH PREJUDICE.

Robert G. Doumar
Senior United States District Judge

_____
United States Judge

ENTERED: 6/26/14

I-1268699.1

SO STIPULATED:

_____
William M. Furr (VSB #29554)
Monica A. Stahly (VSB #84492)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5500
(757) 628-5566 (Fax)
wfurr@wilsav.com
mstahly@wilsav.com

Counsel for Defendant
 CNU Hiden Shopping Center, LLC

_____
Reed S. Tolber, Esq. (VSB # 66015)
THE LAW OFFICES OF REED TOLBER, P.A.
P.O. Box 5264
Charlottesville, Virginia 22905
(434) 295-6659
(866) 345-1901 (Fax)
reedtolber@gmail.com

and

Lawrence A. Fuller, Esq., *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, Florida 33181
(305) 891-5199
(305) 893-9505 (Fax)
lfuller@fullerfuller.com

Counsel for Plaintiff, Kenneth R. Flaum

2

I-1268699.1